PROB 12B
ED-AR (12/2012)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Trenyadis Gibbs | Case Number: 4:09CR00038-01 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
United States District Judge

Original Offense:   Brandishing a Firearm During a Crime of Violence

Date of Sentence:   November 12, 2009

Original Sentence:   12 months and 1 day Bureau of Prisons, 5 years supervised release, DNA, mental health counseling, financial disclosure, no new lines of credit, $12,990.19 restitution to be paid joint and several with any co-defendant, and $100 special penalty assessment

| Type of Supervision: | Supervised release | Date Supervision Commenced: August 25, 2010 |
|---|---|---|
| | | Date Supervision Expires: August 24, 2015 |
| U.S. Probation Officer: Jay Baker Hudson | Asst. U.S. Attorney: Kristin Bryant | Defense Attorney: Justin Eisele |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

**Defendant must make restitution payments in the amount of $100 each month until restitution is paid in full. Restitution will be joint and several with any other person who has been or will be convicted on an offense for which restitution to the same victim on the same loss is ordered.**

## CAUSE

Mr. Gibbs has been submitting payments of $100 per month since March 2012. The payments he has submitted are half of the mandated 10% ordered by the Court. The Court has been notified on several occasions of Mr. Gibbs' failure to submit his full restitution balance and outlined the attempts to bring him into compliance. However, he has continued to submit the reduced payment due to his income and expenses. A financial review has been conducted of Mr. Gibbs' expenses and revealed that he has approximately $200 available after expenses each month. Mr. Gibbs has requested a flat payment of $100 per month, and based on a financial investigation, the U.S. Probation office agrees that he could manage such a payment, while still addressing his basic needs.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Trenyadis Gibbs　　　　　　　　　　Case Number: 4:09CR00038-01 JLH

_____　　　　　　_____
Jay Baker Hudson　　　　　　　　　　　　　　　　　Kristin Bryant
U.S. Probation Officer　　　　　　　　　　　　　　Assistant U.S. Attorney

Date: October 24, 2013　　　　　　　　　　　　　　Date: 10/29/13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

October 30, 2017
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Justin Eisele, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Kristin Bryant, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Defendant must make restitution payments in the amount of $100 each month until restitution is paid in full. Restitution will be joint and several with any other person who has been or will be convicted on an offense for which restitution to the same victim on the same loss is ordered.**

Witness: _____  Signed: x _____
     U.S. Probation Officer             Probationer or Supervised Releasee

     10-24-13
       DATE